

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

**FILED**
JUN 05 2023
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

CARLOS C. MALONE
_____
Plaintiff

vs.

SHERIFF VIC, RICGARIDO
TULSA COUNTY SHERIFF OFC,
UNDER SHERIFF GOERGE BROWN
_____
Defendant(s)

Case Number: **23 CV 0230 GKF · SH**
(To be supplied by Court Clerk)

| Current Location (including Address) of Confinement: | Prisoner Number: # 0159912 |
|---|---|
| 300 N. DENVER TULSA OK, 74103 DAVID L. MOSS CRIMENAL JUSTIC CENTER | J-11-CELL-JJ-2-M-1 |

## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A.  Parties**

1) CARLOS C. MALONE is a citizen of OKLAHOMA who presently resides at
   (Plaintiff)                            (State)
   300 N. DENVER TULSA OKLA, 74103 DAVID L. MOSS CJC
   (Mailing address or place of confinement)

2) Defendant VIC RIGARIDO is a citizen of TULSA OKLAHOMA,
            (Name of first defendant)              (City, State)
   and is employed as ELECTED SHERIFF TULSA CO, SHERIFF DLMCJC
                       (Position and title, if any)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑Yes ☐No
   If your answer is yes, briefly explain: ELECTED SHERIFF VIC, REGALADO IS IN CONTROL OF INCOMPATANT PERSONAL ILLEGAL ACTIVITY

3) Defendant GOERGE BROWN is a citizen of TULSA OKLAHOMA,
            (Name of second defendant)           (City, State)
   and is employed as UNDER SHERIFF 1ST IN COMAND DLM.
                       (Position and title, if any)

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? ☑Yes ☐No
   If your answer is yes, briefly explain: IN CONTROL 1ST OF STAFF PERSONAL DLM

[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]

**B.  Jurisdiction**

1) Jurisdiction is asserted pursuant to: (Check one)

   [✓] 42 U.S.C. §1983 (applies to state prisoners)

   [ ] Bivens v Six Unknown Named Agents of Fed. Bureau of Narcotics 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2) Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   NORTHERN DISTICT OF OKLAHOMA

**C.  Nature of Case**

1) Briefly state the background of your case. CONSTITUTIONAL, CIVIL, STATORY INFRACTIONS OF ADMINISTRATIVE LAW! TULSA COUNTY SHERIFF OFFICE PERSONAL 1ST J. HARRERA 2ND UNKN D.O.

**D.  Cause of Action**

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: [If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]

   a) (1) Count I: ARMED ROBBERY OF LEGAL DOCUMENTATION BY FORCE OF PRO'SE ATTORNEY CARLOS C. MALONE W/TASERS GEORGE SHIFT 4-14-2023 ON CAMERA

   (2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

   ON 4-13-2023 WAS TO BE DISCHARGED FROM J-11-JJ-2-M-1 DLM GEORGE SHIFT / WRONG CLASSIFICATION UNIFORM DENIED, DISCHARGE, GEORGE SHIFT 4-14-2023 ROBBERY OF EVIDENCE I.D.F. DOCUMENTATION FORMS FICTIOUS ON CAMERA / COUNT 2 of

   b) (1) Count II: ON 3-3-2023 IDA SHIFT 01149 J-7 WAS ROBBED OF All LEGAL DOCUMENTATION AS PRO'SE ATTORNEY ORDERED BY CPL. LYONS- SUPERVISOR CRIBBIN - D.O. OSRBA - UNKN D.O. J-11-JJ-2-M-1 TODAY 4-15-23 TO ONGOING ACTIVE COURT CASE! CM-2022-3428

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983    PR-01 (07/08)

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) OF EVIDENCE PLANTED BY SGT. BYRD - DEPUTY - W. ROBERTS, J-11-CELL-02 M-3 IDA SHIFT 2-14-23 Tm. 2-3, 2-15-23 GEORGE SHIFT 01:45 UNKN D.O. DELIVERD LAUNDRY BAG, POSSION OF CONTRABAND / COllECTED 2-16-23 BY PRO'SE ATTORNEY BAKER SHIFT, THURSDAY, D.C. DATE 2-25-23 SATURDAY) J-7 M-1 SAMUAL HEROLD, SMALLY IM

c) (1) Count III: REFUSEL TO DISCHARGE FROM CUSTIDY J-11 CELL JJ-2, WRIT TO COMMIT OKLAHOMA FORENSIC CENTER DECLINED BY ADMINISTRATOR - CM-2022-3428

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) 3-10-23 DENIED TRANSPORT TO PROBATE COURT T.C.S.O., JURY TRAIL MENTAL HEALTH COURT COMPATANCY HEARING 10:30AM) Judge ANTHONEY MILLER, 6TH FLOOR JURY TRAIL COMPETANCY HEARING 3-21-23 CONFLICT OF INTEREST / JURY TAMPERING CM2022-3428

E. **Request for Relief**

1) I believe that I am entitled to the following relief: EXSTORTED SENTENCE SERVED DUE PROCESS OF LAW COURT ROOM 158. TRAFFIC 10-2-22 DENIED JURY TRAIL, WAS UNDER PROVISION OF PROBATE 2021 NOV - DEC - JAN 2023 JUDGE PACE ORDERED (2) TIMES PROSECUTION OF All IN COllUSION OF MOCKREY OF JUDICAL SYSTEM

PRO'SE ATTORNEY CARLOS C. MALONE         CARLOS C. MALONE
Original Signature of Attorney (if any)         Original Signature of Plaintiff

DAVID L. MOSS CELL - JJ-2-M-1
300 N. DENVER
TULSA OKLA 74103  NO ACCESS TO PHONE, DENIED All LEGAL
Attorney's full address and telephone number   APLICATION GRANTED UNDER THE UNITED STATES CONSTITUTION AS PRO'SE ATTORNEY Full ACCESS TO LAW LIBRARY @ DAVID L. MOSS CJC! GREIVANCE'S DENIED ACCESS TOO! DENIED MEDICAL ATTION TURN KEY HEALTH SVS (DENIED (ADA) AMERICAN W/ DISABILITIES - ACT 1990) Am A HOSTAGE DENIED PR BOND SENSE 10-2-22

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at  DLM, 300 N. DENVER TULSA OK 74103  on  5-21-2025 .
                          (Location)                                          (Date)

                                          CARLOO C. MALONE
                                          (Original Signature of Plaintiff)

P.S. SEND FEDERAL AUTHORITY'S A.S.A.P. EXASPERATED! DESTUCTION OF THE UNITED STATES CONSTITUTION CAN DESTROY NATIONAL SECURITY OF DOMOCRACY SYSTEM OF COUNTRY, THE JUDICIARY SYSTEM WILL BE PEMENTLY OBLITIRATED AND DEFACED OF IT'S INTEGRITY